## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>KATANA RACING, INC. d/b/a WHEEL & TIRE DISTRIBUTORS,<br><br>    Defendant. | Before: Lisa W. Wang, Judge<br><br>Court No. 19-00125 |

### ORDER OF REFERRAL TO MEDIATION

Upon consideration of all papers and proceedings herein, it is hereby:

**ORDERED** that pursuant to Rule 16.1, this case is referred to mediation. Judge Choe-Groves has agreed to serve as the Judge Mediator and will facilitate all sessions of mediation. This referral to mediation shall expire on Monday, March 17, 2025, unless she recommends an extension. The case shall be stayed until 14 days following the expiration of this referral or until the mediation process is concluded, whichever first occurs; and it is further

**ORDERED** that unless a settlement is reached within the mediation period and a Stipulation of Dismissal or Stipulated Judgment filed, which disposes of the case with respect to all parties and all claims, the stay shall be lifted, and the case shall be returned to the active calendar, where parties shall file a scheduling order within 21 days of the end of the mediation proceedings.

/s/   Lisa W. Wang
              Judge

Dated: <u>October 30, 2024</u>
      New York, New York